```
                          United States Bankruptcy Court
                            Western District of Oklahoma
In re:                                                          Case No. 19-14844-JDL
Jennifer Nicole Stolfa                                          Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 1087-5         User: kkin              Page 1 of 1         Date Rcvd: Jan 07, 2020
                             Form ID: pdf001         Total Noticed: 7
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2020.
db          +Jennifer Nicole Stolfa,   12928 Saint Andrews Drive,   Oklahoma City, OK 73120-8884
smg        ++OKLAHOMA TAX COMMISSION,   GENERAL COUNSEL S OFFICE,   100 N BROADWAY AVE SUITE 1500,
              OKLAHOMA CITY OK 73102-8601
             (address filed with court:   Oklahoma Tax Commission,   Legal Division,
              120 N Robinson Suite 2000W,   Oklahoma City, OK  73102-7801)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: notice@chp13okc.com Jan 07 2020 23:09:06     John T. Hardeman,   PO Box 1948,
               Oklahoma City, OK 73101-1948
smg           E-mail/Text: bankruptcy@oesc.state.ok.us Jan 07 2020 23:09:41
               Oklahoma Employment Security Commission,   PO Box 53039,   Oklahoma City, OK  73152-3039
ust          +E-mail/Text: USTPRegion20.OC.ECF@usdoj.gov Jan 07 2020 23:09:26     United States Trustee,
               United States Trustee,   215 Dean A. McGee Ave., 4th Floor,   Oklahoma City, OK 73102-3479
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jan 07 2020 23:04:39     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
6402008      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 07 2020 23:05:18
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 5

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
6401826     ##+Caliber Home Loans,   6031 Connection Drive,   Ste 200,   Irving, TX 75039-2601
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2020                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2020 at the address(es) listed below:
              John T. Hardeman    13trustee@chp13okc.com, trustee@chp13okc.com
              United States Trustee    Ustpregion20.oc.ecf@usdoj.gov
                                                                                            TOTAL: 2

**Dated: January 7, 2020**

**The following is ORDERED:**



Janice D. Loyd
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                              )
                                    )   Case No. 19-14844-JDL
Jennifer Nicole Stolfa,             )   Chapter 13
                                    )
            Debtor.                 )

## ORDER OF DISMISSAL

On January 7, 2020, the Court conducted a hearing on its Order Denying Payment of Filing Fees in Installments, Directing Payment of Filing Fees on or Before December 16, 2019, and Setting Hearing to Consider Dismissal of Case if Filing Fee is Not Paid [Doc. 7]. John R. Hardeman, Chapter 13 Trustee appeared in person and with his counsel, Linda R. Ruschenberg. Debtor did not appear.

For the reasons stated on the record in open court, this case is dismissed for Debtor's failure to pay the filing fee.

### #